## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CADENCE PHARMACEUTICALS, INC., SCR PHARMATOP, and MALLINCKRODT IP,<br><br>    Plaintiffs,<br>  v.<br><br>INNOPHARMA LICENSING LLC and INNOPHARMA, INC.,<br><br>    Defendants. | C.A. No. 14-1225 (LPS) |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Eric Weisblatt, formerly of Wiley Rein LLP, 1776 K Street, NW, Washington, DC 20006, hereby withdraws his appearance as counsel for InnoPharma Licensing LLC and InnoPharma, Inc. ("Defendants"). All other attorneys involved in the case from Wiley Rein LLP and Proctor Heyman Enerio LLP continue to represent Defendants.

PROCTOR HEYMAN ENERIO LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
Email: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Defendants InnoPharma Licensing LLC and InnoPharma, Inc.*

OF COUNSEL:

John B. Wyss
Email: jwyss@wileyrein.com
Robert J. Scheffel
Email: rscheffel@wileyrein.com
Mark A. Pacella
Email: mpacella@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000

Dated: June 15, 2016